IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

AMY L. NEWCOMB                                                                                           PLAINTIFF

vs.                                         Civil No. 6:10-cv-06048

MICHAEL J. ASTRUE                                                                                    DEFENDANT
Commissioner, Social Security Administration

## MEMORANDUM OPINION

Before this Court is Defendant's Motion to Remand. ECF No. 11. The parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. ECF No. 5. Pursuant to this authority, this Court issues this Order.

On October 21, 2010, Defendant filed the present Motion. ECF No. 11. Defendant requests a remand so that the ALJ may conduct further administrative proceedings. *Id.* Specifically, Defendant represents that the ALJ will do the following:

> The ALJ will hold a new hearing and will obtain additional evidence from a consultative examination specifically to clarify, based upon an examination and a review of Plaintiff's medical records and/or history, what limitations, if any, Plaintiff experiences with respect to her ability to perform the mental requirements of work-related activity and to establish a well-supported mental RFC finding. The ALJ will also provide a detailed rationale for his determination of all of his RFC finding in his new decision.

*Id.* This Court has contacted Plaintiff, and Plaintiff does not object to this Motion.

Accordingly, Defendant's Motion to Remand (ECF No. 11) is **GRANTED.** A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

**ENTERED this 10th day of November, 2010.**

                                                                                s/ Barry A. Bryant
                                                                                 HON. BARRY A. BRYANT
                                                                                 U. S. MAGISTRATE JUDGE